1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2 | PETER HALLIFAX, Deputy City Attorney - State Bar #148783
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, California 94612
Telephone:  (510) 238-6524          Fax:  (510) 238-6500
4 | 22642/296565

5 | Attorneys for Defendant,
CITY OF OAKLAND

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

10

11 | CLIFTON HILL,                                  Case No.  C 02-04154 CW

12 |              Plaintiff,                        **ANSWER OF DEFENDANT CITY OF OAKLAND**

13 |       v.

14 | CITY OF OAKLAND, et al.,

15 |              Defendants.

16

17 |       Defendant **CITY OF OAKLAND** ("defendant")  hereby responds to plaintiff's

18 | Complaint, filed June 20, 2002, as follows.

19 |                              **JURISDICTION**

20 |       Answering paragraph 1, defendant acknowledges that the allegations in the

21 | Complaint state a cause of action under 42 USC §1983 and the jurisdiction is conferred on

this court under 28 USC § 1331 and 1343.

22 |                        **INTRADISTRICT ASSIGNMENT**

23 |       Answering paragraph 2, defendant agrees that the claim is properly assigned to the

24 | Northern District of California.

25 | ///

26

1

**PARTIES**

2      Answering paragraph 3, defendant lacks knowledge sufficient to form a belief as to

3 these allegations and on this basis denies these allegations.

4      Answering paragraph 4, defendant admits that the City of Oakland is a municipal

5 corporation organized under the laws of the State of California.

6      Answering paragraph 5 defendant, admits that Richard Word is the Chief of Police

7 for the City of Oakland, with responsibility for supervision, police policy, training, hiring,

8 and discipline.

9      Answering  paragraph 6, defendant admits Officer Joshi was at all material times

10 and Officer of the Oakland Police Department ("OPD").

11      Answering  paragraph 7, defendant admits Officer Bunn was at all material times

12 and Officer of the Oakland Police Department.

13      Answering paragraph 8, defendant lacks knowledge sufficient to form a belief as to

14 these allegations and on this basis deny these allegations.

15      Answering paragraphs 9 and 10, defendant specifically denies the many of the

16 substantive facts alleged in the Complaint  (see below) but lacks knowledge to form a

17 belief as to whether the officers were acting in the course and scope of their employment

18 for defendant City of Oakland, and that they were acting under color of law, and on that

19 basis denies these allegations.

20      Answering paragraph 11, defendant lacks knowledge sufficient to form a

21 belief as to these allegations and on this basis deny these allegations.

22

**STATEMENT OF FACTS**

23      Answering paragraphs 12-21, defendant specifically denies each and every

24 allegation in these paragraphs.

25 ALLEGATIONS CONCERNING THE PLAINTIFF'S INCIDENT

26      Answering paragraph 22, defendant lacks knowledge sufficient to form a belief as to

ANSWER OF DEFENDANT CITY OF OAKLAND

CASE NO. C 02 04154 CW

1   these allegations and on this basis denies these allegations

2      Answering paragraph 23, defendant lacks knowledge sufficient to form a belief as to

3   these allegations and on this basis denies each and every allegation in this paragraph.

4      Answering paragraphs 24 through 29, defendant lacks knowledge sufficient to form

5   a belief as to these allegations and on this basis denies all allegations of these

6   paragraphs.

7      Answering paragraphs 29, 30, and 31, defendant specifically denies each and

8   every allegation in this paragraph.

9                FIRST CAUSE OF ACTION

10      Answering paragraph 33, defendant lacks knowledge sufficient to form a belief as to

11   these allegations and on this basis denies all the allegations of this paragraph.

12                SECOND CAUSE OF ACTION

13      Answering paragraphs 36-40, defendant specifically denies each and every

14   allegation contained in these of these paragraphs.

15                THIRD CAUSE OF ACTION

16      Answering paragraphs 43-46, defendant lacks knowledge sufficient to form a belief

17   as to these allegations and on this basis denies each and every allegation contained in

18   these paragraphs.

19                FOURTH CAUSE OF ACTION

20      Answering paragraphs 48-51, defendant lacks knowledge sufficient to form a belief

21   as to these allegations and on this basis denies each and every allegation contained in

22   these paragraphs.

23                FIFTH CAUSE OF ACTION

24      Answering paragraph 53, defendant admits it has a duty to use due care in the

25   hiring and supervision of its police officers.

26      Answering paragraphs 54 and 55, defendant specifically denies each and every

1   allegation contained in these paragraphs.

2                 STATEMENT OF DAMAGES

3        Answering paragraphs 57-59, defendant specifically denies each and every

4   allegation contained in these paragraphs.

5        Answering paragraph 60, defendant admits that plaintiff filed a Tort Claim with the

6   City of Oakland, and that the Claim was denied.

7                 <u>AFFIRMATIVE DEFENSES</u>

8          FIRST AFFIRMATIVE DEFENSE: defendant states that the Complaint fails

9   to state a claim upon which relief can be granted.

10          SECOND AFFIRMATIVE DEFENSE: defendant alleges that the injuries and

11   damages plaintiff complains of, if any, resulted from the acts and/or omissions of others,

12   and without any fault on the part of this answering defendant.

13          THIRD AFFIRMATIVE DEFENSE: defendant alleges that the actions of its

14   agents were undertaken in good faith and with the reasonable belief that said actions were

15   valid, necessary and constitutionally proper.

16          FOURTH AFFIRMATIVE DEFENSE: defendant alleges that the acts of its

17   agents were privileged under applicable statutes and case law.

18          FIFTH AFFIRMATIVE DEFENSE: defendant alleges that plaintiff has failed

19   to allege and/or has not stated facts sufficient to show an affirmative link between

20   defendant City and the acts, which allegedly violated plaintiff's rights.

21          SIXTH AFFIRMATIVE DEFENSE: defendant alleges that any party or

22   individual who contributed to and/or caused the alleged injuries and damages was not

23   acting as its agent or within its knowledge or within the course and/or scope of

24   employment with the City of Oakland.

25          SEVENTH AFFIRMATIVE DEFENSE: defendant alleges that the individually

26   named defendants are entitled to qualified immunity.

ANSWER OF DEFENDANT CITY OF OAKLAND

CASE NO. C 02 04154 CW

1    EIGHTH AFFIRMATIVE DEFENSE:  defendant alleges that its officers had

2    probable cause to detain plaintiff under the applicable laws.

3    NINTH AFFIRMATIVE DEFENSE: defendant asserts that to the extent that

4    plaintiff may attempt to allege state claims, these are barred pursuant to California

5    Government Code §§ 911.2, 911.4, 945.4, 946.6, 950.2, 950.6, 815.2, 815.6, 818.2,

6    818.8, 820, 820.2, 820.4, 820.8, 821, 821.6, 822.2, 844.6, 845, 845.2, 845.6, 846, 855,

7    855.6, 855.8, 856 and 856.4.  Said sections are pleaded as though fully set forth herein.

8    TENTH AFFIRMATIVE DEFENSE: defendant alleges that its agents are

9    immune from liability by operation of California Penal Code sections 830.1, 833.5, 834(a),

835, 835(a) and 836 and by virtue of the holding in Evans v. City of Bakersfield  (1994) 22

10   Cal.App.4th 321.

11   ELEVENTH AFFIRMATIVE DEFENSE: defendant alleges that any search

12   and/or seizure of plaintiff was reasonable and necessary to effect lawful and proper law

13   enforcement procedures and, as such, there can be no liability against this answering

14   defendant.

15

16   TWELFTH AFFIRMATIVE DEFENSE: defendant alleges that plaintiff failed

17   to mitigate his damages, if any.

18   THIRTEENTH AFFIRMATIVE DEFENSE: defendant alleges that plaintiff's

19   Complaint is barred by the applicable statute of limitations.

20   FOURTEENTH AFFIRMATIVE DEFENSE: defendant alleges that plaintiff's

21   state causes of action are barred in that he has failed to fully comply with the Tort Claims

22   Act, Government Code §§ 900, et seq. as to all of the causes of action.

23   WHEREFORE, defendant prays that:

24   1.  Plaintiff takes nothing by his Complaint on file herein.

25   2.  Defendant have judgment against Plaintiff;

26   3.  Defendant be awarded the costs of suit incurred herein;

ANSWER OF DEFENDANT CITY OF OAKLAND

CASE NO. C 02 04154 CW

4.  For such other relief as  the Court deems proper.

Dated:  October 16, 2002

                             JOHN A. RUSSO, City Attorney
                             RANDOLPH W. HALL, Assistant City Attorney
                             PETER HALLIFAX, Deputy City Attorney

By: _____/S/_____

                    Attorneys for Defendant
                    CITY OF OAKLAND

ANSWER OF DEFENDANT CITY OF OAKLAND

CASE NO. C 02 04154 CW